IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Lyle Q. Brown, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIV-12-169-RAW-KEW |
| v. | ) | |
| | ) | |
| James Rudek, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent is hereby ordered to show cause why the writ should not issue by filing within thirty (30) days an answer to the petition, in accordance with Rule 5 of the Rules Governing Section 2254 Cases. As an alternative to filing a Rule 5 answer, Respondent may file within thirty (30) days a motion to dismiss based upon 28 U.S.C. § 2244, 28 U.S.C. § 2254, or other applicable statute. *Extensions of time will be granted for good cause only, and in no event for longer than an additional twenty (20) days.* Petitioner may submit a reply to the Respondent's answer or motion within fifteen (15) days after the filing of Respondent's pleading.

**IT IS SO ORDERED THIS** 4th day of May, 2012.

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE